702 S.E.2d 558

**Sandra BLANDING, Petitioner,**

v.

**LONG BEACH MORTGAGE COMPANY, Washington Mutual, Inc., Deutsche Bank National Trust Company, as Trustee for Long Beach Mortgage Loan Trust, Respondents.**

Supreme Court of South Carolina.

Dec. 2, 2010.

## ORDER

This Court issued a writ of certiorari to review the opinion of the South Carolina Court of Appeals in *Blanding v. Long Beach Mortgage Co.*, 379 S.C. 206, 665 S.E.2d 608 (Ct.App. 2008). The parties have now advised this Court that this matter has been settled and petitioner requests that this matter be dismissed.

The request is granted and this matter is dismissed. Further, we hereby vacate the opinion of the Court of Appeals. The remittitur will be sent as provided by Rule 221, SCACR.

IT IS SO ORDERED.

/s/Jean H. Toal, C.J.

/s/Costa M. Pleicones, J.

/s/Donald W. Beatty, J.

/s/Kaye G. Hearn, J.

KITTREDGE, J., not participating.